HENRY JOHNSON, JR., ALSO KNOWN AS DANNY BENNETT, v. STATE.

198 N. W. 2d 522.

June 23, 1972—No. 43171.

*C. Paul Jones,* State Public Defender, and *Rosalie E. Wahl,* Assistant State Public Defender, for appellant.

*Warren Spannaus,* Attorney General, *William B. Randall,* County Attorney, and *Steven C. DeCoster,* Assistant County Attorney, for respondent.

PER CURIAM.

Defendant, convicted of simple robbery, appeals from the order denying postconviction relief, claiming that he should be permitted to withdraw his guilty plea, upon which the conviction was based, because (1) he was not informed that if he went to trial he would have a right to confront and cross-examine his accusers; and (2) he was denied effective assistance of counsel. There is no merit in these claims.

Affirmed.